# EXHIBIT E

December 27th, 2011

Dear Sir:

This is to response to your letter dated October 10, 2011 regarding the patent issues with our product No BP-CB1001-M. We have discussed these issues with our supplier and have done our own research.

First, let me express that we highly respect to your client, Pet Gear, and Wu Cheng-Lung. No matter what happens we will continue to respect them.

Regarding these patent issues, we do not think that our product violates the design patent D592,361, and we honestly do not think 7,886,694 is would stand up to a court challenge however we also do not believe that it is in our best interest to fight this matter in court since this is a rather poor seller for us.

Here is our proposal:
1. We will immediately cease ordering this product.
2. We have about 300 units remaining in our warehouse. We will close out those remaining units and we will destroy any units that remain unsold after March 31, 2012.

Hopefully we can resolve this issue amicably between us.

Merry Christmas and Happy New Year to you and your client.

Sincerely,

Hanping Liu
Factory Direct Wholesale, LLC

Volpe & Koenig, P.C.
Received via _____

JAN 0 5 2012